UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE ESTATE OF JAMAAL TAYLOR     CASE NO.: 1: 22-cv-02459-MJM
    Plaintiff,

-Vs-

BALTIMORE COUNTY, et.al.
    Defendant(s).
_____/

## PLAINTIFF'S RESPONSE TO RULE TO SHOW CAUSE

**COMES NOW,** the Plaintiff, ESTATE OF JAMAAL TAYLOR, by and through the undersigned attorney and in this cause does herby file this Plaintiff's Response to Rule to Show Cause and as grounds in support thereof would alleg and aver as follows:

1. That on or about October 24, 2002, this Court entered an Order directing Plaintiff to Show Cause for failure to comply with Standing Order 2019-07 requiring the election to consent or decline to have the matter proceed before the United States Magistrate.

2. Notice of the election was to be filed on or before the Show Cause Hearing which was scheduled for November 25, 2022.

3. That on or about November 11, 2022, the undersigned caused this deficiency to be cured by filing with this court a Declination to Proceed

1

Before the United States Magistrate in accordance with the provisions of 28 U.S.C. § 636 ( c).

Dated: 11/11/22 :

Respectfully submitted.

_____
James Sweeting III, Esquire
Law Office of
James Sweeting III, LLC
2225 St. Paul Street
Baltimore, MD 21218
443-267-7534
Bar ID: 20573
james@sweetinglaw.com
***Attorney for Plaintiff***